1  DIANA L. WEISS (SBN 121150)
   Attorney At Law
2  1563 Solano Avenue Suite 223
   Berkeley, CA 94707
3  dianaweiss@sbcglobal.net
   Telephone: (510) 847-1012
4  Facsimile: (510) 525-1321

5  Attorney for Defendant
   EVERARDO ROBLES-CARVAHAL
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA          )   Case No: CR11-00591DLJ
                                      )            CR11-00593DLJ
                    Plaintiff,        )
11                                    )
    Vs.                               )
12                                    )   STIPULATION AND [PROPOSED]
                                      )   ORDER TO CONTINUE CHANGE OF
    EVERARDO ROBLES-CARVAHAL          )   PLEA HEARING TO
13                  Defendant         )   FEBRUARY 16, 2012
                                      )
14  _____)

15       Defendant Robles-Carvahal is scheduled for a Change of Plea hearing on February 9, 2012 at 9:00 a.m.

16       On February 6, 2012, Diana Weiss, Counsel for Defendant Robles-Carvahal, received notice that she is ordered to appear in the Northern District of Iowa on a Motion to Revoke Pretrial Release (USA v Tuffree NDIA Case No.: CR11-00135LRR)

19       Government counsel has agreed to continue Mr. Robles-Carvahal's Change of Plea hearing to February 16, 2012 to accommodate defense counsel's schedule.

21       Wherefore, the parties Stipulate that the Change of Plea hearing set for February 9, 2012 be vacated and that the matter be reset for February 16, 2012 at 9:00 a.m.

23  ////////////////////////

24

25

26

1  SO STIPULATED.

2  Dated: February 7, 2012

3

4

5  ___/S/___
   DANIEL KALEBA
   Assistant United States Attorney
6  Counsel for United States

   ___/S/___
   DIANA L. WEISS
   Attorney for Defendant
   EVERARDO ROBLES-CARVAHAL

7

8

9  **SO ORDERED.**

10 DATED: ☒☒☒

11

12

13

14 _____
   HONORABLE D. LOWELL JENSEN
   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

*USA v Robles-Carvahal* CR11-00591DLJ and CR11-00593DLJ
Stipulation & [Proposed] Order to Continue Change of Plea Hearing   2