IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVERARDO ROBLES-CARVAJAL,<br><br>Defendant. | CR 11-00591 BLF<br>CR 11-00593-002 BLF<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE** |

Based on the stipulation of the parties, the Court hereby adopts the following briefing schedule addressing the merits of Mr. Robles-Carvajal's claims:

**September 16, 2016**: Government's deadline to file a Response

**September 30, 2016**: Mr. Robles-Carvajal's deadline to file a Traverse

IT IS SO ORDERED.

   August 8, 2016  
DATED                               HONORABLE BETH LABSON FREEMAN  
                                                 United States District Judge